FRANKLIN ESTATES, INC., APPELLANT, v. TOWNSHIP OF EDISON, RESPONDENT.

Argued May 23, 1977—Decided June 24, 1977.

*Mr. Lawrence S. Berger* argued the cause for appellant (*Messrs. Lasser, Lasser, Sarokin and Hochman,* attorneys; *Mr. Richard L. Zucker,* on the brief).

*Mr. Roland A. Winter* argued the cause for respondent.

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, 142 *N. J. Super.* 179.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—7.

*For reversal*—None.